**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00007-CMA-MJW

EAST MEDITERRANEAN EXPLORATION COMPANY LIMITED,
   an English Private Limited Liability Company,

      Plaintiff,

v.

INTERNATIONAL THREE CROWN PETROLEUM, LLC,
   a Colorado limited liability company,
ISRAEL PETROLEUM COMPANY, LTD.,
   a Colorado Operated Company of unknown registration,
H. HOWARD COOPER, an individual, and
BONTAN CORP INC., a Canadian corporation,

      Defendants.

## ORDER OF RECUSAL

      This matter is before me on a review of the file. Based on my past professional relationship with counsel for Defendant Bontan Corp Inc., I believe that I should recuse myself. It is, therefore,

      ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

      DATED: January __22__, 2010

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge