IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-000007-RPM

EAST MEDITERRANEAN EXPLORATION COMPANY LIMITED,

    Plaintiff,

v.

INTERNATIONAL THREE CROWN PETROLEUM, LLC;
ISRAEL PETROLEUM COMPANY, LTD.;
H. HOWARD COOPER; and
BONTAN CORP INC.,

    Defendant.

___

## ORDER VACATING ORDER OF REFERENCE
___

    Upon reassignment of this civil action and this Court's case management procedures, it is

    ORDERED that the order of reference to Magistrate Judge Michael J. Watanabe is vacated. It is

    FURTHER ORDERED that the scheduling conference set for March 30, 2010, is vacated.

    DATED:   January 29th, 2010

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge