IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00007-RPM

EAST MEDITERRANEAN EXPLORATION COMPANY LIMITED,

    Plaintiff,

v.

INTERNATIONAL THREE CROWN PETROLEUM, LLC;
ISRAEL PETROLEUM COMPANY, LTD.;
H. HOWARD COOPER; and
BONTAN CORP INC.,

    Defendant.

_____

ORDER GRANTING MOTION TO DISMISS
_____

Upon consideration of Plaintiff's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(h)(3), [25], it is

ORDERED that this action is dismissed for lack of subject matter jurisdiction, each party to be responsible for their own attorney's fees and costs.

DATED:   February 12th, 2010

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge