IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00007-RPM

EAST MEDITERRANEAN EXPLORATION COMPANY LIMITED,

    Plaintiff,

v.

INTERNATIONAL THREE CROWN PETROLEUM, LLC;
ISRAEL PETROLEUM COMPANY, LTD.;
H. HOWARD COOPER; and
BONTAN CORP INC.,

    Defendant.

_____

ORDER GRANTING MOTION TO WITHDRAW MOTION TO AMEND
_____

Upon consideration of the Motion to Withdraw Plaintiff's Motion to Amend [26], it is

ORDERED that Plaintiff's motion to amend the complaint and its proposed amended complaint are withdrawn.

DATED:   February 12th, 2010

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge